# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TROY LILLIE, ET AL.                                    NO.  2023 CW 0521

VERSUS

STANFORD TRUST COMPANY,
STATE OF LOUISIANA, OFFICE
OF FINANCIAL INSTITUTIONS,                            **JULY 19, 2023**
AND SEI INVESTMENTS COMPANY

---

In Re:    Troy Lillie, et al., applying for rehearing, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 581670.

---

**BEFORE:    HOLDRIDGE, CHUTZ, AND PENZATO, JJ.**

   **APPLICATION FOR REHEARING DENIED.**

                              **GH**
                              **WRC**
                              **AHP**

COURT OF APPEAL, FIRST CIRCUIT

*Peggy J. Landry*
DEPUTY CLERK OF COURT
   FOR THE COURT